**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, successor by merger to ESSEX INSURANCE COMPANY,<br><br>             Plaintiff,<br>v.<br><br>MEGA CONSTRUCTION CO., INC., JESUS GALARZA, and JOSHUA P. MYRICK, as Administrator of the ESTATE OF FEDERICO RUIZ, deceased,<br>             Defendants. | Case No. 1:19-cv-81 |

**APPLICATION FOR ADMISSION PRO HAC VICE**
**FOR CODY S. MOON**

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama and submits the following:

1.   My name is Cody S. Moon. I am currently employed at Nicolaides, Fink, Thorpe, Michaelides, Sullivan, LLP, 10 South Wacker, 21st Floor, Chicago, Illinois 60606. My direct phone number is (312) 585-1430 and fax number is (312) 585-1401.

2.   I attended Washington University School of Law school between the years of 2000 and 2003.  After graduating I received a doctoral degree in jurisprudence.

3.    I am not a member of the bar for Supreme Court of Alabama. I am a member in good standing with the bar for the Supreme Court of Illinois. I was admitted to the bar for the Supreme Court of Illinois on November 6, 2003.  I was subsequently admitted to the bars for, and remain in good standing with, Missouri (2004), Kansas (2018), and Minnesota (2018).

4.   I am a member in good standing with the United States District Court for the Northern District of Illinois. I have been a member in good standing since February 27, 2009. A copy of my certificate of good standing is attached to the Motion for my admission pro hac vice. In addition, I am a member in good standing with two U.S. Circuit Courts of Appeals (Seventh and Eighth Circuits) and seven other United States District Courts.

5.   I do not regularly practice law in the State of Alabama.

6.   I have never been refused admission to practice before any Court.

7. I do not have any pending disciplinary charges against me by any court or bar association.

8. I have never been cited for contempt by any state or federal court.

9. I have never been disbarred or suspended from the practice of law from any state or federal court.

10. I understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and agree to abide by it in this Court.

11. I agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court.

12. I declare under penalty of perjury that the foregoing is true and correct.

_____
**Applicant**

**Date:** March 20, 2019

Oath of Admission:

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL NOT DEMEAN MY SELF AS AN ATTORNEY, ACCORDING TO THE BEST OF MY LEARNING AND ABILITY, AND WITH ALL GOOD FIDELITY, AS WELL TO THE COURT AS TO THE CLIENT; THAT I WILL USE NO FALSEHOOD OR DELAY ANY PERSON'S CAUSE FOR LUCRE OR MALICE, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE STATE OF ALABAMA AND OF THE UNITED STATES, SO LONG AS I CONTINUE A CITIZEN THEREOF, SO HELP ME GOD.

**Signature of Attorney**

_____
**Cody S. Moon**